IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Anthony DePante<br>        Debtor,<br><br>Anthony DePante<br>        Movant<br><br>v.<br><br>No Respondents<br>        Respondents | Bankruptcy No. 19-24835-JAD<br><br>Chapter 7<br><br>Related to Doc. No. 14 |

## ORDER OF COURT

AND NOW, this <u>10th</u> day of <u>February</u>, 2020, upon review of the Debtors' Emergency Motion to Continue 341 Meeting, it is hereby ORDERED, ADJUDGED, and DECREED that the 341 Meeting currently scheduled on February 10, 2020 shall be continued to a date to be set by the Chapter 7 Trustee.

Prepared by: Matthew S Feinman, Esq (Counsel for Debtor)

BY THE COURT

_/s/ Jeffery A. Deller_ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
2/10/20 6:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA