UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony DePante <br>                  Debtor | **DEFAULT O/E JAD** |
| Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-WF1 <br>                  Movant <br>         v. <br> Anthony DePante <br>                  Respondent <br>          and <br> Rosemary C. Crawford, Trustee <br>                  Additional Respondent | BANKRUPTCY NO. 19-24835-JAD <br><br> CHAPTER 7 <br><br> RELATED TO DOC. NO. 22 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

       AND NOW, this 18th day of June, 2020, at Pittsburgh, upon Motion of Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-WF1, it is

       **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 624 Cascade Road, Pittsburgh, PA 15221 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                       Jeffery A. Deller       mas
                                                         United States Bankruptcy Judge

Anthony DePante
624 Cascade Road
Pittsburgh, PA 15221

Matthew S. Feinman
Law Offices of Matthew S Feinman
1800 Murray Avenue, Suite 8238
Pittsburgh, PA 15217
matt@feinmanlawpa.com

Rosemary C. Crawford
P.O. Box 355
Allison Park, PA 15101
crawfordmcdonald@aol.com


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Case 19-24835-JAD    Doc 30    Filed 06/20/20    Entered 06/21/20 00:33:52    Desc Imaged
                        Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-24835-JAD
Anthony DePante                                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha                Page 1 of 1            Date Rcvd: Jun 18, 2020
                               Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Anthony DePante,    624 Cascade Rd,    Pittsburgh, PA 15221-4604
               +KML Law Group, PC,    701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    MASTR Asset Backed Securities Trust 2005-WF1, U.S.
               Bank National Association, as Trustee bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR
               Asset Backed Securities Trust 2005-WF1 bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew S Feinman    on behalf of Debtor Anthony  DePante matt@feinmanlawpa.com,
               office@feinmanlawpa.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8